# UNITED STATES DISTRICT COURT

for the

4th District of Western North Carolina

Civil Division

FILED
CHARLOTTE, NC

JUN 2 2 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

|  |  |  |
|---|---|---|
| **JEREMY LAMOND HENDERSON TRUST©** | ) | Case No. 3:23-cv-367-RJC |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | ) ) ) |  |
| **CABARRUS COUNTY SHERIFF'S OFFICE** | ) ) |  |
| *Defendant(s)* | ) ) |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) |  |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JEREMY LAMOND HENDERSON TRUST© |
| Street Address | 3540 TORINGDON WAY SUITE 200 #1068 |
| City and County | CHARLOTTE, MECKLENBURG |
| State and Zip Code | NORTH CAROLINA, [ZIP CODE EXEMPT DMSR 122.32] |
| Telephone Number | (980) 422-3609 |
| E-mail Address | jeremylamondhendersontrust@proton.me |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | VAN WORTH SHAW |
| Job or Title *(if known)* | Sheriff - Cabarrus County Sheriff's Office |
| Street Address | 30 Corban Avenue SE |
| City and County | Concord, Cabarrus County |
| State and Zip Code | North Carolina 28025 |
| Telephone Number | (704) 920-3000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | JAMES BAILEY |
| Job or Title *(if known)* | Deputy Chief - Cabarrus County Sheriff's Office |
| Street Address | 30 Corban Avenue SE |
| City and County | Concord, Cabarrus County |
| State and Zip Code | North Carolina 28025 |
| Telephone Number | (704) 920-3000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | KEVIN PFISTER |
| Job or Title *(if known)* | Captain - Cabarrus County Sheriff's Office |
| Street Address | 30 Corban Avenue SE |
| City and County | Concord, Cabarrus County |
| State and Zip Code | North Carolina 28025 |
| Telephone Number | (704) 920-3000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | GRADY LEE CHRISTIE |
| Job or Title *(if known)* | Deputy - Cabarrus County Sheriff's Office |
| Street Address | 30 Corban Avenue SE |
| City and County | Concord, Cabarrus County |
| State and Zip Code | North Carolina 28025 |
| Telephone Number | (704) 920-3000 |

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Cabarrus County Sheriff's Office violated United States Code Title 18 Sections 241 and 242.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)*

    _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    b.      If the defendant is a corporation

         The defendant, *(name)* _____ , is incorporated under

         the laws of the State of *(name)* _____ , and has its

         principal place of business in the State of *(name)* _____ .

         Or is incorporated under the laws of *(foreign nation)* _____ ,

         and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Cabarrus County Sheriff's Office filed a frivolous arrest warrant against the property of JEREMY LAMOND HENDERSON TRUST©. As a result of this, JEREMY LAMOND HENDERSON TRUST© suffered a loss of wages. The company business license of its subsidiary, North Carolina Protective Service was suspended by the North Carolina Private Protective Services Board.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

JEREMY LAMOND HENDERSON TRUST© is entitled to compensation from the Cabarrus County Sheriff's Office as a result of the damages they caused from the frivolous arrest warrant that was filed by Captain Kevin Pfister of the Cabarrus County Sheriff's Office for an alleged North Carolina Concealed Carry Weapons Permit violation. The dispute pertaining to the aforementioned North Carolina Concealed Carry Weapons Permit violation should have been adjudicated during a administrative hearing. Instead, false arrest warrants were filed for retaliation purposes. JEREMY LAMOND HENDERSON TRUST©. This is a civil rights violation for loss of wages and the deprivation of life, liberty, and the pursuit of happiness.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Chief Jeremy-Lamond:Henderson, TTEE is asking the court to grant JEREMY LAMOND HENDERSON TRUST© compensation and restitution for the malicious prosecution and organized crimes committed against JEREMY LAMOND HENDERSON TRUST©, North Carolina Protective Service, and its members. North Carolina Protective Service has been out of service since August 27, 2020 due to the negligent behavior from the Cabarrus County Sheriff's Office. The monetary amount for the loss of wages and larceny of property belonging to North Carolina Protective Service is approximately $3,000,000.00.

Date of signing:      06/15/2023

Signature of Plaintiff      *Jeremy Lemond Hende, TTEE*

Printed Name of Plaintiff      JEREMY LAMOND HENDERSON TRUST©

**B.      For Attorneys**

Date of signing:      _____

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Street Address      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____