FILED
CHARLOTTE, NC

NOV 2 2 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| JEREMY LAMOND HENDERSON TRUST© ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 3:23-cv-00367-RJC-DCK |
| v. ) | |
| ) | |
| CABARRUS COUNTY SHERIFF'S OFFICE ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S MOTION FOR A DEFAULT AND SUMMARY JUDGEMENT

JEREMY LAMOND HENDERSON TRUST© motions the court to award the plaintiff with a default and summary judgement for Case No: 3:23-cv-00367-RJC-DCK. The CABARRUS COUNTY SHERIFF'S OFFICE has refused to respond to the civil action against them. JEREMY LAMOND HENDERSON TRUST© has notified the defendant of the civil action against them by certified mail. The plaintiff responded back by filing more frivolous warrants for arrest in CABARRUS COUNTY, NORTH CAROLINA to prolong the civil action against them from moving forward.

JEREMY LAMOND HENDERSON TRUST© is asking the court for a summary judgement and default for the loss of wages for the damages caused by the plaintiff. The plaintiff was served properly and have refused to answer the civil complaint. Cabarrus County Sheriff Van Worth Shaw has instructed his deputies not to answer the complaint. Silence is acquiescence. Please award the plaintiff with the desired amount for loss of wages, damages and dismiss this case with prejudice. The plaintiff has exhausted every measure to reach an agreement with the defendant with no success on this 20th day of November 2023.

Please see the attached receipts by certified mail for proof of service. Thank you for your cooperation and assistance regarding this matter.

Regards,

**UCC 1-308 Without Prejudice**

*[signature]* , TTEE

Chief Jeremy Lamond Henderson, TTEE
JEREMY LAMOND HENDERSON TRUST©
Authorized Representative
Secured Party/Creditor
All Rights Reserved 1997