# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| JEREMY LAMOND HENDERSON | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 3:23-cv-00367-RJC-DCK |
| v. | ) | |
| | ) | |
| CABARRUS COUNTY SHERIFF'S OFFICE | ) | |
| Defendant. | ) | |
| | ) | |

## AMENDED MOTION FOR DEFAULT JUDGEMENT FOR CASE NO: 3:23-cv-00367-RJC-DCK

If I may please the court, my Name is JEREMY LAMOND HENDERSON and I am filing this amendment for a civil action case against The CABARRUS COUNTY SHERIFF'S OFFICE regarding Case No.: 3:23-cv-00367-RJC-DCK pursuant to the recent amendment order received by The Honorable Frank D. Whitney on the 12th day of February, 2024 for a previous case filed against another agency. I have made the necessary amendments to the filing and wish to proceed forward with the case. My intentions were not to file any frivolous complaints against anyone. This civil action is for the sole purpose of receiving restitution and damages for loss of wages. So, I would like to ask the court for forgiveness in doing so. This case has been assigned to The Honorable Judge Robert J. Conrad, Jr.

I was unaware that a trust entity is a separate entity that must be represented by a licensed attorney. Therefore, as a pro se litigant, I have amended the initial filing to eliminate my trust entity from the record.

**Amended Statement of Claim and Background**.

On August 17, 2020, I, JEREMY LAMOND HENDERSON was arrested by the Kannapolis Police Department on behalf of the enclosed arrest warrant issued by DETECTIVE KEVIN PFISTER of the CABARRUS COUNTY SHERIFF'S OFFICE for an alleged Concealed Weapons Permit violation. I applied for a Concealed Carry Weapons Permit from the CABARRUS COUNTY SHERIFF'S OFFICE on January 14, 2020. The application was approved by the CABARRUS COUNTY SHERIFF VAN WORTH SHAW about 30 days later. I, JEREMY LAMOND HENDERSON was issued the permit and only had the permit in my possession for 30 days before deciding that I no longer wanted the permit.

So, I decided to surrender the permit in good standing. I surrendered the permit with no complications. After that, a warrant for my arrest was issued **seven months** after surrendering the permit in good standing. The warrant was sworn to by DETECTIVE KEVIN PFISTER of the CABARRUS COUNTY SHERIFF'S OFFICE.

He claimed that I obtained the permit by fraud for using a post office box as one of the addresses on my concealed carry permit application. North Carolina General Statue 14-415.18. specifically addresses the issue at hand and provides clear instructions on how to resolve any disputes pertaining to DETECTIVE KEVIN PFISTER'S concerns. DETECTIVE KEVIN PFISTER was authorized by the Cabarrus County District Attorney's Office, CABARRUS COUNTY SHERIFF VAN WORTH SHAW and DEPUTY CHIEF JAMES BAILEY to violate my right to life, liberty and the pursuit of happiness by filing the aforementioned warrant for my arrest. He was also supported by DEPUTY GRADY LEE CHRISTIE who previously pulled me over on November 4, 2019 on George W. Liles Parkway in Concord, North Carolina regarding an alleged window tint violation and violated my 4th Amendment rights by illegally searching my car for weapons and drugs without my consent to do so. A complaint was filed against DEPUTY GRADY LEE CHRISTIE for his actions against me and the CABARRUS COUNTY SHERIFF'S OFFICE has profiled me ever since.

The CABARRUS COUNTY SHERIFF'S OFFICE knew that I was the Chief Executive Officer and Owner of NORTH CAROLINA PROTECTIVE SERVICE, INC. The CABARRUS COUNTY SHERIFF'S OFFICE went out of their way to sabotage my well-being by filing charges against me that would result in my Security Guard and Patrol License to be suspended. NORTH CAROLINA PROTECTIVE SERVICE, INC is still out of service as of February 16, 2024 as a result of the violations committed against me. SHERIFF VAN WORTH SHAW, DEPUTY CHIEF JAMES BAILEY, DETECTIVE KEVIN PFISTER (CAPTAIN), GRADY LEE CHRISTIE, and the entire CABARRUS COUNTY SHERIFF'S OFFICE conspired to jeopardize my well-being and financial livelihood by sabotaging my clean non-criminal history background by filing fictitious criminal charges against me and contacting the NORTH CAROLINA PRIVATE PROTECTIVE SERVICES BOARD to get my Company Business License Suspended. This is a violation of Title 18, U.S.C. Section 241 and 242. The CABARRUS COUNTY SHERIFF'S OFFICE knew what they did to me was wrong.

The CABARRUS COUNTY SHERIFF'S OFFICE willfully an intentionally acted maliciously against me to sabotage my business so that I am unable to work in the security profession and be a threat to their off-duty employment.

**Relief**

The Plaintiff JEREMY LAMOND HENDERSON is the Chief Executive Officer and Owner for NORTH CAROLINA PROTECTIVE SERVICE, INC and is asking the court to grant me a $4,000,000.00 judgement for a loss of wages for a four-year loss of wage gap. The Company Business License for NORTH CAROLINA PROTECTIVE SERVICE, INC remains suspended as a result of the false allegations made by the CABARRUS COUNTY SHERIFF'S OFFICE. Please read the attached letter from the attorney representing The NORTH CAROLINA PRIVATE PROTECTIVE SERVICES BOARD for my proof of claim. I am seeking $1,000,000.00 for every year NORTH CAROLINA PROTECTIVE SERVICE, INC has been out of service as a result of the aforementioned false allegations and malfeasance in office on behalf of the CABARRUS COUNTY SHERIFF'S OFFICE, totaling $4,000,000.00.

**Let the record reflect that JEREMY LAMOND HENDERSON has stated a claim for which relief can and should be granted.**

The initial complaint was filed on June 22, 2023. The Cabarrus County Sheriff's Office was notified and served by certified mail. Please review the enclosed certified mail receipts for reference. **The Cabarrus County Sheriff's Office are eight months delinquent in regards to filing an answer to this complaint**. They have been instructed not to respond to this complaint by the Cabarrus County District Attorney's Office and Cabarrus County Sheriff.

I am asking the court to set a date to begin moving this case forward or grant a default judgement and close the case. Please do not allow this to prolong any further. The Cabarrus County Sheriff's Office have no intentions of answering the complaint and continue to harass me as a result of filing it. I am asking the court to utilize its jurisdiction over the matter and bring the unlawful behavior and harassment on behalf of the Cabarrus County Sheriff's Office to an end.

The government officials in Cabarrus County, North Carolina need to be investigated and held accountable for their actions. They do this because of the lack of oversight from the governor and attorney general. I am praying this change starts with the federal courts. Thank you for your time and assistance regarding this matter. I hope to hear from you soon.

Regards,

DEFENSOR FORTIS
CHIEF JEREMY LAMOND HENDERSON
NORTH CAROLINA PROTECTIVE SERVICE, INC.